IN RE: BENOIT

CASE NO. 08-12044

Claim 5, Acct. 2168- Woman's Health

**BANK OF AMERICA, N.A.**

CHECK NUMBER
**1013**

Barbara Rivera-Fulton, Trustee
P.O. BOX 19980
New Orleans, LA 70179

32-1/1110 TX 0

DATE: 09/27/10

AMOUNT: **********90.70

**1827227**

PAY TO THE ORDER OF

| CASE NUMBER | ESTATE OF |
|---|---|
| 08-12044   B | Debtor: BENOIT, ERIC L<br>Joint Debtor: BENOIT, ANDREA L |

United States Bankruptcy Court
c/o Clerk of Court
500 Poydras St B-601
New Orleans, LA 70130

*Ninety Dollars And 70/100*

*Barbara Rivera-Fulton*
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈001013⑈ ⑆111000012⑆ 4437010371⑈

9/30/10
DEPOSITED TO TREASURY
UNCLAIMED.
DUE: WOMEN'S HEALTH, LLC

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227703       KW
* * C O P Y * *
September 30, 2010
08:55:09

TREASURY REFUND
08-12044
Debtor: ERIC L. BENOIT
Trustee: Barbara Rivera-Fulton
Amount:                $90.70
Check#: 1013

Total >   $90.70

FROM: RIVERA-FULTON

**Barbara Rivera-Fulton**
Chapter 7 Trustee
(504) 861-9200

P.O. Box 19980
New Orleans, Louisiana 70179

September 27, 2010

Clerk of Court
U.S. Bankruptcy Court
500 Poydras Street
Room B-601
New Orleans, LA 70130

      RE:    **BENOIT, ERIC L & BENOIT, ANDREA L, USBC No. 08-12044 B**

Dear Clerk:

Enclosed please find a check payable to the U. S. Bankruptcy Court for $90.70 drawn on the account for the above bankruptcy estate which represents dividends payable to Women's Health LLC, claim no. 5 account number 2168. When the creditor failed to cash the check or return it to Trustee, Trustee made every effort to locate the creditor but was unable to do so.

Accordingly, I ask that you please deposit the funds in the registry of the court as per 11 U.S.C. §347(a).

Very truly yours,

*Barbara Rivera-Fulton*

**Barbara Rivera-Fulton**
**Chapter 7 Trustee**

enclosure